UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TREVOR MICHAEL CHERAMIE                                CIVIL ACTION

VERSUS                                                 NO. 21-1367

SHERIFF CRAIG WEBRE, ET AL.                            SECTION: "G"(1)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claim against Jennifer Exinicious is **DISMISSED WITHOUT PREJUDICE**.

NEW ORLEANS, LOUISIANA, this 10th day of June, 2022.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**